PEOPLE *v.* WILSON. Appeal from Genesee, Donald R. Freeman, J. Submitted Division 2 September 7, 1971, at Lansing. (Docket No. 9827.) Decided October 28, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, for the people.

*Sherwin F. Biesman,* for defendant on appeal.

Before: LESINSKI, C. J., and QUINN and BRONSON, JJ.

PER CURIAM. This appeal from defendant's jury conviction and subsequent sentence for armed robbery, MCLA § 750.529 (Stat Ann 1971 Cum Supp § 28.797), seeks appellate relief on the basis that the conduct and actions of the trial judge so prejudiced the jury as to deny defendant a fair trial. In support of this claim, defendant attacks the suggestion of the trial judge that defense counsel examine defendant by question and answer instead of continuing defendant's narrative recitation; the trial judge's statement to the jury that they would not be deliberating in the evening; and com-

ment by the trial judge during instructions respecting defendant's prior convictions.

Discussion of these claims is obviated because they were not saved for review by objection at trial. *People* v. *Goldsmith* (1970), 21 Mich App 473, 478. Nor has defendant demonstrated to this Court that his trial resulted in a miscarriage of justice.

Affirmed.